# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KIM MARCHAND

NO. 2021 KW 1439

**November 24, 2021**

---

In Re:   Kim Marchand, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 47414.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT APPLICATION DISMISSED** at relator's request.

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT